# Notice Recipients

District/Off: 0970–2  User: admin  Date Created: 11/01/2010
Case: 2:10–bk–23112–SSC  Form ID: b18  Total: 22

**Recipients of Notice of Electronic Filing:**
aty  ALLEN D. BUTLER  abutleraz@gmail.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  ADAM SCOTT MAIRE  10305 E EMELITA AVENUE  MESA, AZ 85208
jdb  ALYSSA BRIDGITT MAIRE  4531 E. SILVERBELL ROAD  QUEEN CREEK, AZ 85243
tr  DALE D. ULRICH  PMB–615 1928 E. HIGHLAND, #F104  PHOENIX, AZ 85016–4626
cr  RECOVERY MANAGEMENT SYSTEMS CORPORATION  25 SE 2ND AVE #1120  MIAMI, FL 33131
smg  AZ DEPARTMENT OF REVENUE  BANKRUPTCY &LITIGATION  1600 W. MONROE, 7TH FL.  PHOENIX, AZ 85007–2650
9465268  Arizona Department of Revenue  Bankruptcy Unit TCS  1600 W. Monroe #710  Phoenix AZ 85007
9465269  BAC / Countrywide Home Loans  450 American Street  Simi Valley CA 93065
9465270  Bank of America  P.O. Box 15026  Wilmington DE 19850–5026
9465271  Capital One  P.O. Box 30281  Salt Lake City UT 84130
9465272  Chase  PO Box 15298  Wilmington DE 19850–5298
9465273  Chase Home Finance  3415 Vision Drive  Columbus OH 43219
9465274  Client Services  3451 Harry S. Truman Blvd.  Saint Charles MO 63301
9465275  Collectcorp  P.O. Box 101928  Dept 4947A  Birmingham AL 35210–1928
9465276  Desert Schools FCU  P.O. Box 2945  Phoenix AZ 85062–2945
9465277  Discover Card  P.O. Box 30943  Salt Lake City UT 84130
9465278  Guglielmo &Associates  P.O. Box 41688  Tucson AZ 85717
9465279  IRS Special Services  P.O. Box 21126  Philadelphia PA 19114
9465280  Jaburg &Wilk, PC  3200 N. Central Avenue, Suite 2000  Phoenix AZ 85012
9465281  Maricopa County  Division of County Counsel  222 N. Central, #1100  Phoenix AZ 85003
9657337  Recovery Management Systems Corporation  25 S.E. 2nd Avenue, Suite 1120  Miami, FL 33131–1605
9465282  Village of Copper Basin  P.O. Box 12510  Chandler AZ 85248

TOTAL: 21